

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00141-CR

_____

JESSIE RUIZ, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court #4
Dallas County, Texas
Trial Court No. F07-24606-K

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Jessie Ruiz appeals from his conviction in Dallas County[1] for attempting to take a weapon from a police officer. After pleading guilty, the jury assessed his punishment at two years' imprisonment in a state jail facility and a $2,000.00 fine. Ruiz presently has five other convictions currently on appeal before this Court.[2]

On appeal, Ruiz contends that his appointed counsel's failure to object when the State explained parole law, mentioned plea bargaining, and allegedly interjected new evidence during closing arguments in the punishment phase amounted to ineffective assistance of counsel.

We addressed this issue in detail in our opinion of this date on Ruiz's appeal in cause number 06-08-00136-CR. For the reasons stated therein, we likewise conclude that ineffective assistance of counsel has not been shown.

---

[1]The conviction having been in Dallas County, this case was originally appealed to the Fifth Court of Appeals and was then transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

[2]Ruiz appeals from six convictions. In cause number 06-08-00136-CR, he appeals a conviction for possession of methamphetamine in an amount between four and 200 grams, with intent to deliver, for which he received twenty years' and four months' imprisonment. In cause numbers 06-08-00137-CR, 06-08-00138-CR, and 06-08-00139-CR, he appeals convictions for possession of marihuana in an amount between four ounces and five pounds, possession of less than one gram of cocaine, and evading arrest, respectively. In these three cases, Ruiz was sentenced to two years' confinement in a state jail facility, to run concurrently. Finally, Ruiz also appeals his conviction in cause number 06-08-00140-CR of possession of methamphetamine in an amount between one and four grams. Ruiz was sentenced in this case to five years' imprisonment, to run concurrently.

We affirm the judgment.


Josh R. Morriss, III
Chief Justice

Date Submitted:      January 5, 2009
Date Decided:        January 8, 2009

Do Not Publish